# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF NEW YORK

-----------------------------------------------x

In Re:

    Thomson, Mark M.                                      Case No. 12-42222, nhl

                                                                        Chapter 7

          Debtor(s)

--------------------------------------------x

## Notice of Change of Address

**UNDELIVERABLE ADDRESS:** GE Money Bank, PO Box 981127, El Paso, TX 79996-1127, c/o Daniels Norelli Scully & Cecere, P.C, Attorneys at Law, One Old Country Road, Suite LL5
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**

GE Money Bank, PO Box 981127, El Paso, TX 79996-1127,

c/o Daniels Norelli Scully & Cecere, P.C., Attorneys at Law, One Old Country Road, Suite LL5
Carle Place, NY 11514

_/s/ Sapna Gupta_                                                 3/30/2012

Sapna Gupta                                                    Date

Attorney for the Debtor(s)